COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

CIVIL ACTION NO.: 04-10579JLT

| | |
|---|---|
| KRISTIN GABEL, </br>    Plaintiffs </br> </br> v. </br> </br> RIVERVIEW SCHOOL, AUDRICK J. </br> HAYES, STEVEN GRINSELL, AND </br> MAUREEN BRENNER </br> </br>    Defendants | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### AFFIDAVIT ACKNOWLEDGING SERVICE OF PROCESS

I, Paul E. Stanzler, Esquire, hereby certify that I have accepted Service of Process on behalf of the Defendants, Riverview School, Steven Grinsell, and Maureen Brenner, and hereby waive any defense relating to Service of Process.

Dated: 7/19/04

_____
Paul E. Stanzler

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

July 20, 2004

*Via Overnight Mail*
Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Gabel v. Riverview School, Audrick J. Hayes, Steven Grinsell, and Maureen Brenner
      USDC: 04-10579JLT

Dear Sir/Madam:

Enclosed herewith for filing and docketing with regard to the above-referenced matter please find the following:

1. *Affidavit Acknowledging Service of Process* signed by Paul E. Stanzler accepting Service of Process on behalf of Defendants Riverview School, Steven Grinsell, and Maureen Brenner.

Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact the undersigned at your convenience.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

*Laurence Hardoon*
Laurence E. Hardoon

LEH:nrr
Enclosure