# UNITED STATES DISTRICT COURT

District of  Massachusetts

Kristin Gabel

V.

Riverview School, Audrick J. Hayes, Steven Grinsell, and Maureen Brenner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10579 JLT

TO: (Name and address of Defendant)  Audrick J. Hayes, 25 Gunwale Road, Barnstable, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laurence E. Hardoon and Djuna E. Perkins
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          3-24-04
CLERK                                                  DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | July 19, 2004 |
| NAME OF SERVER *(PRINT)* Thomas C. Hyslop | TITLE Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the ~~third-party~~ defendant. Place where served: Avanick J. Hayes, 25 Gunwale Road, Barnstable, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 19, 2004           *[signature]*
              Date                   Signature of Server

92 State St. Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.