UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579 JLT

KRISTIN GABEL, )
)
Plaintiff, )
)
v. )
)
RIVERVIEW SCHOOL, AUDRICK J. HAYES, )
STEVEN GRINSELL, AND MAUREEN BRENNER, )
)
Defendant. )

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendants Riverview School, Inc., Steven Grinsell and Maureen Brenner in the above-entitled action.

Respectfully submitted,
DEFENDANTS,
RIVERVIEW SCHOOL, INC.,
STEVEN GRINSELL, MAUREEN BRENNER,
By their attorneys

_____
Paul E. Stanzler, BBO No. 476960
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

Dated: August 4, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 8/4/04.

J:\Docs\08230\00044\00860483.DOC