UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579 JLT

KRISTIN GABEL, )
)
Plaintiff, )
)
v. )
)
RIVERVIEW SCHOOL, AUDRICK J. HAYES, )
STEVEN GRINSELL, AND MAUREEN BRENNER, )
)
Defendant. )

## CORPORATE DISCLOSURE STATEMENT OF RIVERVIEW SCHOOL, INC.

Pursuant to Local Rule 7.3(A) Riverview School, Inc. states that it is a not for profit corporation and that it has no parent corporation.

Respectfully submitted,
DEFENDANT,
RIVERVIEW SCHOOL, INC.,
By their attorneys

_____
Paul E. Stanzler, BBO No. 476960
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-3000
Facsimile: (617) 345-3299

Dated: August 4, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 8/4/04.

_____

J:\Docs\08230\00044\00860491.DOC