COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

2004 AUG -6 P 12: 24          CA NO. 04-10579JLT

KRISTEN GABEL,
     Plaintiff

V.

RIVERVIEW SCHOOL, AUDRICK J.
HAYES, STEVEN GRINSELL, and
MAUREEN BRENNER,
     Defendants

ANSWER OF DEFENDANT
AUDRICK J. HAYES TO THE
COMPLAINT OF KRISTEN GABEL

## INTRODUCTION

1. Denied as to allegations made in the introduction not otherwise denied.

## JURISDICTION

2. Admitted.

## PARTIES

3. Admitted.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

## FACTS

9. Denied.

10. Neither admitted nor denied as it has nothing to do with this defendant.

11. Denied.

12. Denied.

## COUNT I
(v. Grinsell, Brenner and Riverview - Negligence)

13. No answer required.

14. No answer required.

15. No answer required.

## COUNT II
(v. Hayes, Grinsell, Brenner and Riverview - Negligent Infliction of Emotional Distress)

16. No answer required.

17. Denied.

18. Denied.

## COUNT III
(v. Hayes, Grinsell, Brenner and Riverview - Violation of Massachusetts Civil Rights Act, M.G.L. c. 12, section 11I)

19. No answer required.

20. Denied.

21. Denied.

## COUNT IV
(v. Riverview - Breach of Contract)

22. No answer required.

23. No answer required.

24. No answer required.

And further answering, the defendant invokes the applicable Statute of Limitations in the Commonwealth of Massachusetts.

DEMAND FOR JURY TRIAL

The defendant, Audrick J. Hayes, demands a trial by jury.

By his Attorney,

*Thomas P. Kramer*
Thomas P. Kramer
462 Plain Street
Marshfield, MA 02050
781-837-5000
BBO# 279100

August 4, 2004