UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579 JLT

| | |
|---|---|
| KRISTIN GABEL,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERVIEW SCHOOL, AUDRICK J. HAYES,<br>STEVEN GRINSELL, AND MAUREEN BRENNER,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT RIVERVIEW SCHOOL'S ASSENTED TO MOTION TO CONTINUE THE STATUS CONFERENCE

Counsel for Defendant Riverview School, et al., respectfully requests the Court to rescheduled the Status Conference in this case currently scheduled for August 17, 2005 at 10:00 a.m.

Counsel for Riverview School requests the postponement in order to enjoy a long scheduled and uninterrupted family vacation.

All counsel assent to this request.

WHEREFORE, counsel for Defendant Riverview School, et al. respectfully requests the Court to continue the Status Conference until a time not earlier than Tuesday, September 6, 2005.

|  |  |
|---|---|
| ASSENTED TO: | Respectfully submitted, |
| PLAINTIFF,<br>KRISTEN GABEL,<br>By her attorney, | DEFENDANTS,<br>RIVERVIEW SCHOOL, INC.,<br>STEVEN GRINSELL, MAUREEN BRENNER,<br>By their attorney, |

_Laurence E. Hardoon_ /PES

---

Laurence E. Hardoon, BBO No. 221360
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

_Paul E. Stanzler_

---

Paul E. Stanzler, BBO No. 476960
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

DEFENDANT,
AUDRICK J. HAYES,
By his attorney,

_Thomas P. Kramer_

---

Thomas P. Kramer, BBO No. 279100 /PES
462 Plain Street
Marshfield, MA 02050
(781) 837-5000

Dated: August 2, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 8/2/05.

_P. Stanzler_

J:\Docs\08230\00044\00946288.DOC

2