UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KRISTIN GABEL | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-10579-JLT |
| | * | |
| | * | |
| RIVERVIEW SCHOOL, | * | |
| AUDRICK J. HAYES, | * | |
| STEVEN GRINSELL, AND | * | |
| MAUREEN BRENNER | * | |
| | * | |
| Defendants. | * | |

ORDER

September 7, 2005

TAURO, J.

After a conference held on September 6, 2005, this court hereby orders that:

1. The Parties will file a Statement of Compliance with the Rule 26 Order that was issued on September 17, 2004 by October 6, 2005.

2. All Oral Discovery will be stayed until the Court is given notice that the pending criminal trial of Defendant Hayes has been completed.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge