LAW OFFICES OF
# THOMAS P. KRAMER
# DANIEL J. SHEEHAN

THOMAS P. KR____R
(781) 837-500_
(781) 837-104_

462 PLAIN STREET
MARSHFIELD, MASSACHUSETTS 02050

DANIEL J. S__H __N
(781) 834-48__

September 12, 2005

FAX (781) 837____7

Clerk's Office
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re: Kristin Gabel v. Riverview School, et al
        CA NO. 04-10579 JLT

Dear Sir:

    Upon the written request, the Clerk of the Barnstable Su___rior Court, forwarded to this office the case summary and criminal ___ket from the Barnstable Superior Court regarding the criminal case a___inst my civil client, Audrick J. Hayes. From the looks of the docket ___his has been an extremely active case especially regarding evide___iary matters. I am forwarding it to brother counsel, Lawrence E. Ha___oon, Djuna E. Perkins and Paul E. Stanzler relative to the offer w___ch I made to develop further information on this particular case. ___ndly forward this to the attention of Judge Tauro as I believe it ex___ains the lengthy delays in the conclusion of the criminal case upon ___hich the civil case strongly depends.

                                          Yours very truly,

                                          Thomas P. Kramer

TPK/can
cc: Lawrence E. Hardoon, Esq.
    Djuna E. Perkins, Esq.
    Paul E. Stanzler, Esq.