UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579 JLT

KRISTIN GABEL, )
)
     Plaintiff, )
)
v. )
)
RIVERVIEW SCHOOL, AUDRICK J. HAYES, )
STEVEN GRINSELL, AND MAUREEN BRENNER, )
)
     Defendant. )
)
)

## STATEMENT OF COMPLIANCE WITH RULE 26 ORDER

All parties to this action represent to the Court that they have complied with the Court's

Rule 26 Discovery Order issued on September 17, 2004.

PLAINTIFF,
KRISTEN GABEL,
By her attorney,

Respectfully submitted,
DEFENDANTS,
RIVERVIEW SCHOOL, INC.,
STEVEN GRINSELL, MAUREEN
BRENNER,
By their attorney,

_Laurence Hardoon_ (PP)
Laurence E. Hardoon, BBO No. 221360
Djuna E. Perkins, BBO No. 561909
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

_Paul E. Stanzler_ (PP) (by email)
Paul E. Stanzler, BBO No. 476960
Burns & Levinson LLP
125 Summer Street
Boston, Massachusetts 02110
(617) 345-3000

DEFENDANT,
AUDRICK J. HAYES,
By his attorney,

_Thomas P. Kramer_ (PP) (by phone)    Dated: October 6, 2005
Thomas P. Kramer, BBO No. 279100
462 Plain Street
Marshfield, MA 02050
(781) 837-5000