UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10579JLT

| | |
|---|---|
| KRISTIN GABEL,<br><br>   Plaintiff,<br><br>v.<br><br>RIVERVIEW SCHOOL, AUDRICK J. HAYES, STEVEN GRINSELL, AND MAUREEN BRENNER,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT OF DEFENDANTS RIVERVIEW SCHOOL, INC., MAUREEN BRENNER AND STEPHEN GRINSELL AND THE PLAINTIFF

### The Criminal Trial

1. The criminal trial of co-defendant Hayes, who has separate representation, concluded on July 21, 2006 in Barnstable Superior Court. Hayes was acquitted on all counts. The School Defendants and the Plaintiff have recently obtained a copy of the transcript of the trial.

### Document and Discovery Production

2. The School Defendants have produced Plaintiff's entire school file to Plaintiff's counsel, as well as the school's general liability insurance policy. The Plaintiff has produced all documents in her possession, custody or control except complete treatment records which are being requested from providers. The School Defendants and the Plaintiff have likewise made their voluntary disclosures to each other.

The School Defendants served Plaintiff's counsel with a first set of interrogatories simultaneously with this status report. The Plaintiff is preparing written discovery requests.

**Motions**

3.   The School Defendants have prepared, but not yet conferred with Plaintiff's counsel, concerning a Motion to Dismiss Count III of Plaintiff's Complaint (alleging a violation of the Massachusetts Civil Rights Act, G.L. c. 12, §11I).

**Settlement**

Defendant made a written offer of settlement to Plaintiff's counsel on December 4, 2006. The Plaintiff did not receive the offer until December 14, 2006 and is considering it.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiff,<br>Kristin Gabel,<br>By her attorneys, | Respectfully submitted,<br>The Defendants,<br>Riverview School, Steven Grinsell, and Maureen Brenner,<br>By their attorneys, |
| /s/ Djuna E. Perkins<br>Laurence E. Hardoon, BBO# 221360<br>Djuna E. Perkins, BBO# 561909<br>Brody, Hardoon, Perkins & Kesten, LLP<br>One Exeter Plaza, 12th Floor<br>Boston, MA 02116<br>(617) 880-7100 | /s/ Paul E. Stanzler<br>Paul E. Stanzler, BBO# 476960<br>Burns & Levinson, LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000 |

DATED: December 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered

participants on December 15, 2006.

/s/ Djuna E. Perkins
Djuna E. Perkins

J:\Docs\08230\00044\01084775.DOC