UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579 JLT

| | |
|---|---|
| KRISTIN GABEL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| RIVERVIEW SCHOOL, AUDRICK J. HAYES, STEVEN GRINSELL, AND MAUREEN BRENNER, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

Please enter our appearance as attorneys for the Defendants Riverview School, Inc., Steven Grinsell and Maureen Brenner in the above-entitled action.

        Respectfully submitted,
        DEFENDANTS,
        RIVERVIEW SCHOOL, INC.,
        STEVEN GRINSELL, MAUREEN BRENNER,
        By their attorneys

        /s/ C. Elizabeth Brady
        Paul E. Stanzler, BBO No. 476960
        C. Elizabeth Brady, BBO No. 661397
        Burns & Levinson LLP
        125 Summer Street
        Boston, Massachusetts 02110
        Telephone:  (617) 345-3000
Dated:  December 18, 2006        Facsimile:  (617) 345-3299

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 18, 2006.

        /s/ C. Elizabeth Brady
        C. Elizabeth Brady