UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KRISTIN GABEL, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 04-10579-JLT |
| | * | |
| RIVERVIEW SCHOOL, AUDRICK | * | |
| J. HAYES, STEVEN GRINSELL, and | * | |
| MAUREEN BRENNER, | * | |
| | * | |
| Defendants. | * | |

ORDER

January 17, 2007

TAURO, J.

After a Status Conference held on January 17, 2007, this court hereby orders that:

1. Parties shall report results of their mediation to Courtroom Clerk Zita Lovett by March 22, 2007;

2. All non-expert discovery shall be completed by May 25, 2007;

3. No interrogatories are permitted;

4. No additional discovery will be permitted without leave of this court; and

5. A further conference is scheduled for June 5, 2007, at 10:00 am.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge