UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10579-JLT

| | |
|---|---|
| KRISTIN GABEL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RIVERVIEW SCHOOL, AUDRICK J. HAYES, STEVEN GRINSELL, AND MAUREEN BRENNER, | ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kristin Gabel and Defendants Riverview School, Audrick J. Hayes, Steven Grinsell and Maureen Brenner (collectively, the "Parties"), by and through their counsel, hereby stipulate and agree that the Complaint and all other claims which were brought or which could have been brought by the Parties in this action be dismissed with prejudice and without costs or attorneys fees to any party. The Parties further waive notice of the entry of judgment and all rights of appeal.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
| --- | --- |
| KRISTIN GABEL, | RIVERVIEW SCHOOL, INC., |
| By her Attorney, | STEVEN GRINSELL, MAUREEN BRENNER, |
| | By their Attorneys, |

*/s/ Laurence Hardoon*  
Laurence E. Hardoon, BBO No. 221360  
Brody, Hardoon, Perkins & Kesten, LLP  
One Exeter Plaza, 12th Floor  
Boston, MA 02116  
(617) 880-7100

*/s/ Paul E. Stanzler*  
Paul E. Stanzler, BBO No. 476960  
C. Elizabeth Brady, BBO No. 661397  
Burns & Levinson LLP  
125 Summer Street  
Boston, Massachusetts 02110  
(617) 345-3000

DEFENDANT,  
AUDRICK J. HAYES,  
By his Attorney,

*/s/ Thomas P. Kramer*  
Thomas P. Kramer, BBO No. 279100  
462 Plain Street  
Marshfield, MA 02050  
(781) 837-5000